BRADLEY J. HAMBURGER (*pro hac vice forthcoming*)
MEGAN M. COONEY (*pro hac vice forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:    213.229.7000
Email:         bhamburger@gibsondunn.com
Email:         mcooney@gibsondunn.com

Montgomery Y. Paek, Esq.
Nevada Bar No. 10176
Amy L. Thompson, Esq.
Nevada Bar No. 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169
Telephone:    702.862.8800
Fax No.:       702.862.8811
Email:         mpaek@littler.com
                athompson@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RAYSHAWN JENKINS,<br><br>            Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. 2:24-cv-01562<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>**(First Request)** |

      Plaintiff, RAYSHAWN JENKINS ("Plaintiff"), and Defendant, AMAZON.COM SERVICES LLC ("Defendant")[1] (together, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint from the current deadline of August 30, 2024 up to and including

---

[1] Defendant is mis-named in the caption as Amazon.com Services, LLC. The correct entity is Amazon.com Services LLC.

**September 13, 2024**.

The Parties agree the extension is warranted to provide adequate time for Defendant's counsel to become familiar with the allegations in Plaintiff's Complaint, to investigate the facts of the matter, and to prepare a responsive pleading. This is the first request for an extension of time to respond to Plaintiff's Complaint and consistent with the extension of time the Parties agreed to for Defendant's response to the Complaint before the case was removed to this Court.

The Parties' request is made in good faith and not for the purpose of undue delay.

Dated: August 26, 2024

*/s/ Jason Kuller, Esq.*
Jason Kuller, Esq.
Rachel Mariner, Esq.
Shay Digenen, Esq.
RAFII & ASSOCIATES, P.C.

Attorneys for Plaintiff
RAYSHAWN JENKINS

*/s/ Amy L. Thompson, Esq.*
Montgomery Y. Paek, Esq.
Amy L. Thompson, Esq.
LITTLER MENDELSON, P.C.

Bradley J. Hamburger, Esq.
Megan Cooney, Esq.
GIBSON DUNN

Attorneys for Defendant
AMAZON.COM SERVICES LLC

**IT IS SO ORDERED.**

Dated: 8/27/24

_____
UNITED STATES MAGISTRATE JUDGE

4866-5322-0827.1 / 096748-1013

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800