```
 1  Bradley J. Hamburger, Esq.
    (pro hac vice)
 2  Megan M. Cooney, Esq.
    (pro hac vice)
 3  GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
 4  Los Angeles, California 90071-3197
    Telephone: 213.229.7000
 5  Email: bhamburger@gibsondunn.com
    Email: mcooney@gibsondunn.com
 6

 7  Montgomery Y. Paek, Esq.
    Nevada Bar No. 10176
 8  Amy L. Thompson, Esq.
    Nevada Bar No. 11907
 9  LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway
10  Suite 300
    Las Vegas, Nevada 89169
11  Telephone:   702.862.8800
    Fax No.:     702.862.8811
12  Email: mpaek@littler.com
    Email: athompson@littler.com
13
    Attorneys for Defendant
14  AMAZON.COM SERVICES LLC
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| RAYSHAWN JENKINS,              | CASE NO. 2:24-cv-01562-GMN-MDC |
|                                |                                |
| Plaintiff,                     | **STIPULATION AND PROPOSED ORDER TO EXTEND BRIEFING DEADLINES ON MOTION TO DISMISS** |
| v.                             |                                |
| AMAZON.COM SERVICES, LLC,      | **(FIRST REQUEST)**            |
|                                |                                |
| Defendant.                     |                                |

Plaintiff RAYSHAWN JENKINS and Defendant AMAZON.COM SERVICES LLC, by and through their undersigned counsel, hereby agree and stipulate as follows:

**WHEREAS**, on September 13, 2024, Defendant filed a Motion to Dismiss and/or Stay the Case (ECF Nos. 16, 17);

**WHEREAS**, Plaintiff's response is currently due on September 27, 2024, and Defendant's reply is currently due on October 4, 2024;

**WHEREAS**, the Parties have conferred and agree that a brief extension to Plaintiff's response and Defendant's reply deadlines will ensure the parties have sufficient time to analyze and brief the issues for the Court without unduly delaying the resolution of the motion.

**THEREFORE**, subject to the approval of the Court, the Parties hereby agree and stipulate that:

1. Plaintiff shall file his response to Defendant's Motion to Dismiss on or before October 4, 2024; and
2. Defendant shall file its reply in support of its Motion to Dismiss on or before ~~August~~ October 16, 2024.

This is the first request for extension of time with respect to Plaintiff's response and Defendant's reply to Defendant's Motion to Dismiss and is made in good faith and not for the purpose of delay.

Dated: September 27, 2024

/s/ Jason Kuller, Esq.
Jason Kuller, Esq.
Rachel Mariner, Esq.
Shay Digenen, Esq.
RAFII & ASSOCIATES, P.C.

Attorneys for Plaintiff
RAYSHAWN JENKINS

/s/ Amy L. Thompson, Esq.
Montgomery Y. Paek, Esq.
Amy L. Thompson, Esq.
LITTLER MENDELSON, P.C.

Bradley J. Hamburger, Esq.
Megan Cooney, Esq.
GIBSON DUNN & CRUTCHER LLP

Attorneys for Defendant
AMAZON.COM SERVICES LLC

IT IS SO ORDERED.

Dated: September 30, 2024

_____
UNITED STATES DISTRICT JUDGE