Jason Kuller, NV Bar No. 12244
Robert Montes, Jr., *Pro Hac Vice*
CA Bar No. 159137
Rachel Mariner, NV Bar No. 16728
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
Email: jason@rafiilaw.com
Email: robert@rafiilaw.com
Email: rachel@rafiilaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RAYSHAWN JENKINS, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AMAZON.COM SERVICES, LLC, a foreign limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:24-CV-01562<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE AND DEFENDANT'S REPLY TO DEFENDANT'S MOTION TO DISMISS AND/OR STAY THE CASE**<br><br>**(FIRST REQUEST)** |

Plaintiff Rayshawn Jenkins and Defendant Amazon.Com Services LLC (collectively "Parties"), by and through their undersigned counsel, hereby agree and stipulate to extend the time (1) for Plaintiff to respond to Defendant's Motion to Dismiss and/or Stay the Case (ECF Nos. 30, 31) for one (1) week from the current deadline up to and including November 8, 2024; and (2) for Defendant to file a reply in support of Defendant's Motion to Dismiss and/or Stay the Case up to and including November 20, 2024.

1. Plaintiff's responses ("Responses") to Defendant's Motion to Dismiss And/or Stay the Case is currently due to be filed today, November 1, 2024.



2.    Defendant's reply is currently due seven days later, on November 8, 2024.

3.    Undersigned Plaintiff's counsel has had limited work availability the past several weeks due to increased caregiving responsibilities for his longtime partner and the recent departure (last week) of a legal associate from his office.

4.    Plaintiff's counsel is also currently scheduled to undergo emergency endodontic surgery today, on the due date of Plaintiff's Responses.

5.    Given these circumstances, Plaintiff's counsel needs additional time to fully and adequately complete Plaintiff's Responses.

6.    The Parties further agree to a brief extension for Defendant's reply, from seven days to twelve days.

7.    Whereby the Parties hereby stipulate to extend the deadline to November 8, 2024, for Plaintiff to file his Responses to Defendant's Motion to Dismiss and/or Stay the Case and to November 20, 2024 for Defendant to file its reply.

8.    This request is made in good faith and not for the purpose of delay.

Dated this 1st day of November, 2024.

/s/ Jason Kuller
Jason Kuller, Esq.
Robert Montes, Jr., Esq.
Rachel Mariner, Esq.
RAFII & ASSOCIATES, P.C.

Attorneys for Plaintiff
RAYSHAWN JENKINS

/s/ Bradley J. Hamburger (with permission)
Montgomery Y. Paek, Esq.
Amy L. Thompson, Esq.
LITTLER MENDELSON, P.C.

Bradley J. Hamburger, Esq.
Megan Cooney, Esq.
GIBSON, DUNN & CRUTCHER LLP

Attorneys for Defendant
AMAZON.COM SERVICES LLC

IT IS SO ORDERED.

Dated:   November 1, 2024

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the file-stamped date shown on this pleading, I electronically filed the foregoing pleading with the United States District Court of Nevada through the CM/ECF document filing system. To the best of my knowledge, all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

    /s/ Jason Kuller
Jason Kuller
Of Counsel
RAFII & ASSOCIATES, P.C.
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Tel: (725) 245-6056
Fax: (725) 220-1802
jason@rafiilaw.com