Jason Kuller, NV Bar No. 12244
Robert Montes, Jr., *Pro Hac Vice*
CA Bar No. 159137
Rachel Mariner, NV Bar No. 16728
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
robert@rafiilaw.com
rachel@rafiilaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYSHAWN JENKINS, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br>AMAZON.COM SERVICES, LLC, a foreign limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:24-CV-01562<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE AND DEFENDANT'S REPLY TO DEFENDANT'S MOTION TO DISMISS AND/OR STAY THE CASE**<br><br>**(SECOND REQUEST)** |

Plaintiff Rayshawn Jenkins and Defendant Amazon.Com Services LLC (collectively "Parties"), by and through their undersigned counsel, hereby stipulate, agree, and request that the previous deadlines for Plaintiff to respond to Defendant's Motion to Dismiss and/or Stay the Case ("Motion") [ECF Nos. 30 & 31] and for Defendant to reply in support of its Motion be extended up to and including November 12, 2024, for Plaintiff and up to and including November 25, 2024, for Defendant.

1. Plaintiff's responses ("Responses") to Defendant's Motion to Dismiss And/or Stay the Case was originally due to be filed on November 1, 2024. Defendant's original deadline to reply was November 8, 2024.

2. The Parties stipulated to an extension of these deadlines (first request) on November 1, 2024, which the Court granted the same day. [ECF Nos. 24, 36.] Pursuant to the stipulated extension, Plaintiff's Responses were due to be filed one week later on November 8, 2024, and Defendant's deadline to reply was extended to November 20, 2024.

3. During the evening of Friday, November 8, 2024, Plaintiff's counsel was unable to finalize and file the Responses before the midnight deadline due to exigent personal circumstances involving his ongoing and unpredictable medical caregiving responsibilities. Plaintiff fully intended to meet this deadline, and Plaintiff's counsel devoted most of his work time and energy on the Responses during the seven-day extension period leading up to the deadline. Pursuant to Local Rule LR IA 6-1(a), Plaintiff's counsel's failure to meet the deadline was the result of excusable neglect.

4. Plaintiff respectfully requests that the Court extend the current stipulated deadline to November 12, 2024, which represents an extension of one business day excluding the intervening weekend and federal holiday (Veteran's Day). Defendant does not oppose this brief extension.

5. The Parties further agree to a brief extension for Defendant's reply from twelve (12) days to thirteen (13) days following Plaintiff's Responses.

6. Neither of these brief extensions will unduly delay this action or prejudice either party.

7. Whereby the Parties hereby stipulate to extend Plaintiff's deadline to file his Responses up to and including November 12, 2024, and to extend Defendant's deadline to file its reply up to and including November 25, 2024.

8. This request is made in good faith and not for the purpose of delay.

2

**SECOND STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF'S RESPONSES AND DEFENDANT'S REPLY**

1  Dated this 11th day of November, 2024.

3  /s/ Jason Kuller
Jason Kuller, Esq.
Robert Montes, Jr., Esq.
Rachel Mariner, Esq.
RAFII & ASSOCIATES, P.C.

Attorneys for Plaintiff
RAYSHAWN JENKINS

/s/ Bradley J. Hamburger (with permission)
Montgomery Y. Paek, Esq.
Amy L. Thompson, Esq.
LITTLER MENDELSON, P.C.

Bradley J. Hamburger, Esq.
Megan Cooney, Esq.
GIBSON, DUNN & CRUTCHER LLP

Attorneys for Defendant
AMAZON.COM SERVICES LLC

**IT IS SO ORDERED.**

Dated:  November 12, 2024

_____
UNITED STATES DISTRICT JUDGE



3

**SECOND STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF'S RESPONSES AND DEFENDANT'S REPLY**