Jason Kuller, NV Bar No. 12244
Robert Montes, Jr., *Pro Hac Vice*
CA Bar No. 159137
Rachel Mariner, NV Bar No. 16728
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
robert@rafiilaw.com
rachel@rafiilaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYSHAWN JENKINS, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a foreign limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:24-CV-01562<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE AND DEFENDANT'S REPLY TO DEFENDANT'S MOTION TO DISMISS AND/OR STAY THE CASE**<br><br>**(THIRD REQUEST)** |

1

**THIRD STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF'S RESPONSES AND DEFENDANT'S REPLY**

Plaintiff Rayshawn Jenkins and Defendant Amazon.Com Services LLC (collectively "Parties"), by and through their undersigned counsel, hereby stipulate, agree, and request that the previous deadlines for Plaintiff to respond to Defendant's Motion to Dismiss and/or Stay the Case ("Motion") [ECF Nos. 30 & 31] and for Defendant to reply in support of its Motion be extended up to and including November 15, 2024, for Plaintiff and up to and including December 2, 2024, for Defendant.

1. Plaintiff's responses ("Responses") to Defendant's Motion to Dismiss And/or Stay the Case was originally due to be filed on November 1, 2024. Defendant's original deadline to reply was November 8, 2024.

2. The Parties stipulated to an extension of these deadlines (first request) on November 1, 2024, which the Court granted the same day. [ECF Nos. 24, 36.] Pursuant to the stipulated extension, Plaintiff's Responses were due to be filed one week later on November 8, 2024, and Defendant's deadline to reply was extended to November 20, 2024.

3. The Parties then stipulated to a second extension of these deadlines on November 12, 2024, which the Court granted on the following day, November 13, 2024. [*See* ECF Nos. 37, 38.] Pursuant to this second extension, Plaintiff's Responses were due to be filed on the same day of the stipulation (November 12, 2024), whereas Defendant's deadline to reply was extended to November 25, 2024.

4. Unfortunately, due to the same reasons articulated in the second extension – the ongoing medical caregiving responsibilities of Plaintiff's counsel – as well as the departure of a legal associate on October 25, 2024, Plaintiffs' counsel has had limited work availability, while at the same time having to take over responsibility for new work matters left by the departed associate. Some of these new matters also have time-sensitive deadlines. For example, Plaintiff's counsel is responsible for filing a significant motion for conditional certification today that was previously assigned to the now-departed associate. Pursuant to Local Rule LR IA 6-1(a), the

2

**THIRD STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF'S RESPONSES AND DEFENDANT'S REPLY**

failure of Plaintiff's counsel to meet the extended deadline has been the result of excusable neglect beyond his control. Plaintiff in this case should not be prejudiced by the exigent personal and professional circumstances of undersigned counsel.

5. Despite limited work availability and expanded work responsibilities, Plaintiff's counsel has navigated this Scylla and Charybdis to devote most of his work focus and energy on Plaintiff's Responses, but there still has been insufficient time to adequately respond to Defendant's Motion. Plaintiff contends the Responses required in this case are more complicated than most because there are two other pending cases involved, one of which certified a question to the Nevada Supreme Court, as well as previous litigation against Amazon, all of which are germane to Defendant's Motion. Adequately responding to Defendant's Motion has thus required the assimilation of three court dockets (two in the District Court of Nevada, one in the Nevada Supreme Court), as well as the nine-year history of the previous litigation.

6. Plaintiff's counsel has worked as diligently and conscientiously as possible on Plaintiff's Responses since the last extension, and the Responses will be filed today (regardless of their final shape or condition). Plaintiff's counsel respectfully requests that the Court extend the current stipulated deadline to today, November 15, 2024, which represents a three-day extension from the last extended deadline. Defendant does not oppose this brief extension.

7. The Parties further agree to a brief extension for Defendant's reply from thirteen (13) days to seventeen (17) days following Plaintiff's Responses because of the upcoming Thanksgiving holiday.

8. Neither of these brief extensions will unduly delay this action or prejudice either party.

9. Whereby the Parties hereby stipulate to extend Plaintiff's deadline to file his Responses up to and including November 15, 2024, and to extend Defendant's deadline to file its reply up to and including December 2, 2024.

10. This request is made in good faith and not for the purpose of delay.

Dated this 15th day of November, 2024.

/s/ Jason Kuller
Jason Kuller, Esq.
Robert Montes, Jr., Esq.
Rachel Mariner, Esq.
RAFII & ASSOCIATES, P.C.

Attorneys for Plaintiff
RAYSHAWN JENKINS

/s/ Bradley J. Hamburger (with permission)
Montgomery Y. Paek, Esq.
Amy L. Thompson, Esq.
LITTLER MENDELSON, P.C.

Bradley J. Hamburger, Esq.
Megan Cooney, Esq.
GIBSON, DUNN & CRUTCHER LLP

Attorneys for Defendant
AMAZON.COM SERVICES LLC

**IT IS SO ORDERED.**

Dated: November 25, 2024

_____
**UNITED STATES DISTRICT JUDGE**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date shown file stamped above, I electronically filed the foregoing pleading with the United States District Court of Nevada using the CM/ECF document filing system and that, to the best of my knowledge, it was served on all parties registered as CM/ECF users in this case.

/s/ Jason Kuller
Jason Kuller
Of Counsel
RAFII & ASSOCIATES, P.C.
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Tel: (725) 245-6056
Fax: (725) 220-1802
jason@rafiilaw.com