**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RAYSHAWN JENKINS,

Plaintiff,

vs.

AMAZON.COM SERVICES, LLC,

Defendant.

Case No.: 2:24-cv-01562-GMN-MDC

**ORDER GRANTING MOTION TO DISMISS**

Pending before the Court is the Motion to Dismiss, (ECF No. 55), filed by Defendant Amazon.com Services, LLC, seeking dismissal of all claims asserted by Plaintiff. Plaintiff did not file a Response, and the time to do so has passed. (*See* Mot. Dismiss, ECF No. 55) (setting a March 17, 2026, deadline for responses). On March 26, 2026, Defendant filed a Notice of Non-Opposition requesting that the Court grant the Motion to Dismiss in light of Plaintiff's failure to respond. (Not. Non-Opp. 2:1–8, ECF No. 56). To date, Plaintiff has taken no further action in the case.

Under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Federal Rule of Civil Procedure 56 or a motion for attorney's fees, constitutes consent to the motion being granted. *See* LR 7-2(d); *see also Ghazali v. Moran*, 46 F.3d 52, 53–54 (9th Cir. 1995) (affirming order granting motion to dismiss where plaintiff "failed to file an opposition to the . . . motion to dismiss" because "[f]ailure to follow a district court's local rules is a proper ground for dismissal"). Because Plaintiff failed to respond to Defendant's Motion to Dismiss, the Court GRANTS the Motion.

///

///

///

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss, (ECF No. 55), is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's First Amended Complaint, (ECF No. 27), is dismissed without prejudice.

The Clerk of Court is kindly directed to close this case.

**DATED** this __11__ day of August, 2026.

________________________________

Gloria M. Navarro, District Judge
United States District Court